**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor: EDMUNDSON LAND, LLC

Case #: 26-10021-TBM

Chapter: 11

# Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1  Notice

You are hereby notified that the debtor has filed amended documents: **List of Equity Security Holders, Statement of Financial Affairs, and Schedule A/B**
_____
[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)].

### Part 2  Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2. List(s)**

☐ Not applicable (no amendments to List(s))

☒ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| List of Equity Security Holders | Matthew Edmundson | Angela Edmundson |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3. Schedule(s)**

☐ Not applicable (no amendments to Schedules)

☒ Schedule(s) are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| 3.1 Applied Bank- added account no. 8980 | | | $6,401.38 |
| 4.1 TBK Bank- added account no. 7295 | | | $60,363.66 |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served.  Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| | |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
| |
| |

**2.4. Statement(s)**

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Statement of Financial Affairs | | 21. Common household items: furniture, electronics, dishes, pots and pans, kitchen appliances, laundry, bedroom<br>Owner: Matthew Edmundson |
| Statement of Financial Affairs | | 26d.1 American AgCredit, FLCA<br>American AgCredit, PCA<br>4845 Old Redwood Highway<br>Santa Rosa CA 95403 |
| Statement of Financial Affairs | | 26d.2 American AgCredit, PCA<br>NW-9675<br>Minneapolis MN 55485-1450 |

**2.5. Addition of Creditor(s)**

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |

**Part 3    Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: February 27, 2026.                    Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Alice A. White*
Alice A. White, #14537
1801 California Street Suite 2400
Denver, Colorado 80202
Ph: (303) 512-112
awhite@ofjlaw.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2026, I served a complete copy of the foregoing, Amended List of Equity Security Holders, Statement of Financial Affairs and Schedule A/B on the following parties (and any and all parties who have requested notice) through the court's CM/ECF system in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

Kelsey Jamie Buechler
Aaron A. Garber
Alison Goldenberg
Heather Deere
Christopher Harayda
Steven T. Mulligan

*s/ Barbara A. Moss*